**Opinion issued July 23, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-19-00467-CV**

————————————

**GAYLE PARSONS, Appellant**

**V.**

**BILLY MARCUS PARSONS, Appellee**

---

**On Appeal from the County Court at Law No. 1 and Probate Court**
**Brazoria County, Texas**
**Trial Court Case No. GN37748**

---

## MEMORANDUM OPINION

Appellant, Gayle Parsons, representing that "[t]he underlying case has settled," has filed a Notice of Dismissal of Appeal, which we construe as a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). And, although the motion does not

include a certificate of conference, more than ten days have passed and no party has opposed appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.